JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Grafton   **Category No.** II   **Investigating Agency** FBI/MA-OIG

**City** Grafton

**County** Worcester

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Name** BRUCE W. SPINNEY, III   **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

**Alias Name:**

**Address:** 71 Potter Hill Road, Grafton MA

**Birth date (Yr only):** 1976   **SSN (last 4#):** 1345   **Sex:** M   **Race** White   **Nationality:** US

**Defense Counsel if known:** Robert Goldstein   **Address:** 20 Park Plaza, Suite 1000
                                                               Boston, MA

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Neil Gallagher   **Bar Number if applicable:** BBO: 712737

**Interpreter:** ☐ Yes  ☑ No   **List language and/or dialect:** _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/6/2024   **Signature of AUSA:** NEIL GALLAGHER  *Digitally signed by NEIL GALLAGHER  Date: 2024.06.05 17:36:48 -04'00'*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     BRUCE W. SPINNEY III

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1343 | Wire Fraud | 1-3 |
| Set 2 | 18 USC 1957 | Unlawful Monetary Transaction | 4 |
| Set 3 | 18 USC 981 | Wire Fraud Asset Forfeiture Allegation | |
| Set 4 | 18 USC 982 | Unlawful Monetary Transaction Asset Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**