UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Case No. 24-cr-40016-MRG |
| v. | ) ) |  |
| BRUCE W. SPINNEY, III, | ) ) |  |
| Defendant | ) ) |  |

**Motion To Withdraw Appearance**

Now comes undersigned counsel, Robert M. Goldstein, and hereby moves the Court for an order allowing counsel to withdraw his appearance from this matter.  As grounds and reasons therefore, the defendant has engaged successor counsel, William Connolly, who has now entered his appearance in this matter.

Respectfully Submitted,

**/s/ Robert M. Goldstein**
Robert M. Goldstein Mass.
Bar No. 630584
20 Park Plaza, Suite 1000
Boston, MA 02116
Telephone: (617) 742-9015
Email: rmg@goldstein-lawfirm.com

1

**Certificate of Service**

      I, Robert M. Goldstein, hereby certify that on this date September 18, 2024, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including but not limited to Assistant U.S. Attorney Neil Gallagher.

                                      **/s/ Robert M. Goldstein**
                                      Robert M. Goldstein