UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 24-40016-MRG<br>BRUCE W. SPINNEY, III, )<br>)<br>Defendant )<br>)<br>) | |

**REPORT AFTER FINAL STATUS CONFERENCE
PURSUANT TO LOCAL RULE 116.5(c)**

December 18, 2024

Defendant is charged in an indictment with three counts of Wire Fraud, in violation of 18 U.S.C. § 1343; and, one count of Unlawful Monetary Transaction, in violation of 18 U.S.C. § 1957(a). Defendant was arraigned in person on June 7, 2024, the day of his arrest. I held a final status conference for December 18, 2024, in Boston which counsel attended by telephone. On the basis of the conference and a joint memorandum filed in advance, I report as follows.

**Local Rule 116.5(c)(2)**

The parties move for a pretrial conference before the district judge to resolve pretrial motions, should they be filed, and to schedule a trial date. The motion is allowed and the file is ordered transferred to Judge Guzman.

(a) The United States has produced all discovery.

(b) All discovery requests and motions have been resolved.

(c) Defendant is unlikely to file motions under Fed. R. Crim. P. 12(b). Any such motions shall be filed on or before January 10, 2025.

(d) The Court has excluded the period from June 7, 2024 (the date of Defendant's arraignment), through December 18, 2024 (the date of the Final Status Conference). The parties agree that the period from December 18, 2024, through the Pretrial Conference before Judge Guzman should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I will allow that request and enter a separate written order. It appears that zero days are chargeable against the statutory speedy trial clock. See Order of Excludable Delay entered on this date.

(e) Trial would require one week.

**Local Rule 116.5(c)(3)**

Defendant is released on conditions.

I have ordered that the Government's expert disclosures, if any, shall be due thirty-five (35) days before trial and Defendants' expert disclosures, if any, shall be due twenty-one (21) days before trial.

Defendant does not intend to raise defenses of insanity, public authority, or alibi.

The Court has entered a protective order.

    / s / David H. Hennessy
    David H. Hennessy
    United States Magistrate Judge